# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| VIRGINIA BAKER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 5:19-cv-00391 |
| ALLY FINANCIAL INC., | ) ) ) |
| Defendant. | ) ) |

## NOTICE OF SETTLEMENT

Notice is hereby given that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a voluntary dismissal with prejudice of this case pursuant to Federal Rule of Civil Procedure 41(a) within 60 days.

This the 8th day of May, 2020.

    Respectfully submitted,

/s/ John O'Neal
John O'Neal
O'NEAL LAW OFFICE
7 Battleground Court
Suite 103
Greensboro, NC 27408
Phone: (336) 510-7904
Fax: (336) 510-7965
E-mail address: john@oneallawoffice.com
NC State Bar # 23446
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of May, 2020, I electronically filed the foregoing NOTICE OF SETTLEMENT with the Clerk of Court using the CM/ECF system, and service on all counsel of record will be automatically accomplished through the Notice of Electronic Filing.

This the 8th day of May, 2020.

/s/ John O'Neal
John O'Neal
N.C. State Bar #23446
O'NEAL LAW OFFICE
7 Battleground Court, Suite 103
Greensboro, NC 27408
Phone: (336) 510-7904
Fax: (336) 510-7965
E-mail address: john@oneallawoffice.com