# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| VIRGINIA BAKER, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )    CASE NO. 5:19-cv-00391 |
| | ) |
| ALLY FINANCIAL INC., | ) |
| | ) |
|    Defendant. | ) |

## VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Virginia Baker, by and through undersigned counsel, pursuant to Rule 41(a)(i) of the Federal Rules of Civil Procedure, hereby provides notice that all claims of Plaintiff Virginia Baker against Defendant Ally Financial, Inc. are hereby dismissed with prejudice. The parties shall bear their own fees, costs, and expenses.

This the 4th day of July 2020.

              **_/s/ John O'Neal_**
              John O'Neal
              NC State Bar # 23446
              O'Neal Law Office
              7 Battleground Court, Suite 103
              Greensboro, NC 27408
              Phone: 336-510-7904
              Fax: 336-510-7965
              Email: john@oneallawoffice.com

              Of Counsel to:
              Alex Simanovsky & Associates, LLC
              2300 Henderson Mill Road, Suite 300
              Atlanta, GA 30345

Phone: 678-781-1012  
Fax:  877-570-5413  
Email:  alex@a-s-law.com

2

# CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of July, 2020, I electronically filed the foregoing VOLUNTARY DISMISSAL WITH PREJUDICE with the Clerk of Court using the CM/ECF system, and service on all counsel of record will be automatically accomplished through the Notice of Electronic Filing.

This the 4th day of July, 2020.

/s/ John O'Neal
John O'Neal
N.C. State Bar #23446
O'NEAL LAW OFFICE
7 Battleground Court, Suite 103
Greensboro, NC 27408
Phone: (336) 510-7904
Fax: (336) 510-7965
E: john@oneallawoffice.com