# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| VIRGINIA BAKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 5:19-cv-00391 |
| ) | |
| ALLY FINANCIAL INC., ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Virginia Baker and Defendant Ally Financial, Inc., by and through undersigned counsel, stipulate pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure that all claims of Plaintiff Virginia Baker and Defendant Ally Financial, Inc. are hereby dismissed with prejudice.  The parties shall bear their own fees, costs, and expenses.

This the 6th day of July 2020.

*/s/ John O'Neal*
John O'Neal
NC State Bar # 23446
O'Neal Law Office
7 Battleground Court, Suite 103
Greensboro, NC 27408
Phone: 336-510-7904
Fax: 336-510-7965
Email: john@oneallawoffice.com
Counsel for Plaintiff

Of Counsel to:
Alex Simanovsky & Associates, LLC
2300 Henderson Mill Road, Suite 300

Atlanta, GA 30345
Phone: 678-781-1012
Fax: 877-570-5413
Email: alex@a-s-law.com

***/s/ Keaton C. Stoneking***
Keaton C. Stoneking
North Carolina Bar No. 53627
TROUTMAN SANDERS LLP
301 S. College Street, 34th Floor
Charlotte, NC 28202
Telephone: (704) 998-4088
E-mail: Keaton.stoneking@troutman.com
Counsel for Defendant Ally Financial Inc.

# CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of July, 2020, I electronically filed the foregoing STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE with the Clerk of Court using the CM/ECF system, and service on all counsel of record will be automatically accomplished through the Notice of Electronic Filing.

This the 6th day of July, 2020.

/s/ John O'Neal
John O'Neal
N.C. State Bar #23446
O'NEAL LAW OFFICE
7 Battleground Court, Suite 103
Greensboro, NC 27408
Phone: (336) 510-7904
Fax: (336) 510-7965
E: john@oneallawoffice.com